IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 3:15cr240-MHT** |
| | ) | (WO) |
| **STEPHEN HOWARD** | ) | |

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on January 4, 2016, this Court entered a Preliminary Order of Forfeiture (doc. no. 57) ordering defendant Stephen Howard to forfeit his interest in the following property**:** one Ruger 9mm pistol, bearing serial number 32-09906 and one Mossberg Maverick, model 88, shotgun, bearing serial number MV77386V;

**WHEREAS**, on February 22, 2016, this Court entered an Amended Preliminary Order of Forfeiture  (doc. no. 64) ordering defendant Stephen Howard to forfeit his interest in the following property**:** one Ruger 9mm pistol, bearing serial number 320-99063 and one Mossberg Maverick, model 88, shotgun, bearing serial number MV77386V;

**WHEREAS**, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant, and the government gave defendant notice in the Indictment (doc. no. 19) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c)(1)(A)(i);  and,

**WHEREAS**, the court finds that defendant Stephen Howard has an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by and 28 U.S.C. § 2461(c), and that the United States has established the requisite nexus between

such property in the commission of the offenses in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c)(1)(A)(i);

It is hereby **ORDERED** that the United States' Motion for a Final Order of Forfeiture (doc. no. 73) is **GRANTED** as follows:

1. The following property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by and 28 U.S.C. § 2461(c):

    (a) one Ruger 9mm pistol, bearing serial number 320-99063; and,

    (b) one Mossberg Maverick, model 88, shotgun, bearing serial number MV77386V.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States, and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The Clerk of the Court shall forward a certified copy of this order to the United States Attorney's Office.

**DONE**, this the 1st day of March, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE