# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 3:15cr240-MHT** |
| | ) | **(WO)** |
| **STEPHEN HOWARD** | ) | |

## AMENDED FINAL ORDER OF FORFEITURE

**WHEREAS**, on January 4, 2016, this Court entered a preliminary order of forfeiture (doc. no. 57) ordering defendant Stephen Howard to forfeit his interest in the following property**:** one Ruger 9mm pistol, bearing serial number 32-09906 and one Mossberg Maverick, model 88, shotgun, bearing serial number MV77386V;

**WHEREAS**, on January 22, 2016, this Court entered an amended preliminary order of forfeiture (doc. no. 64) ordering defendant Stephen Howard to forfeit his interest in the following property**:** one Ruger 9mm pistol, bearing serial number 320-99063 and one Mossberg Maverick, model 88, shotgun, bearing serial number MV77386V;

**WHEREAS**, on March 9, 2016, notice of this forfeiture action was served on James Michael Howard (doc. no. 78);

**WHEREAS**, notice of this forfeiture action was posted on an official government internet site, (www.forfeiture.gov), for a period of 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (doc. no. 80);

**WHEREAS**, no petitions of interest have been filed claiming ownership and right of possession to the forfeited property and the time for filing petitions of interest has expired; and,

**WHEREAS**, the court finds that defendant has an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by and 28 U.S.C. § 2461(c), and that the United States has established the requisite nexus between such property in the commission of the offenses in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c)(1)(A)(i);

It is hereby **ORDERED** that the United States's motion for an amended final order of forfeiture (doc. no. 81) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1) by and 28 U.S.C. § 2461(c):

    (a) one Ruger 9mm pistol, bearing serial number 320-99063; and,

    (b) one Mossberg Maverick, model 88, shotgun, bearing serial number MV77386V.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

DONE, this the 5th day of May, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE