IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CASE NO. 3:15cr240-MHT |
| ) | (WO) |
| STEPHEN HOWARD ) | |

## ORDER TRANSFERRING FIREARM

Before the court is the parties' proposed settlement of the firearms issue (doc. no. 90). Having considered the proposed settlement, this court finds that the proposed settlement is reasonable.

Accordingly, it is hereby **ORDERED** that possession and ownership of the Mossberg Maverick, model 88, shotgun seized in this case be transferred to Kelley Farr, daughter of defendant Stephen Howard.

DONE, this the 30th day of June, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE