IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr240-MHT |
| | ) | (WO) |
| STEPHEN HOWARD | ) | |

ORDER

As the court has been informed in the government's response (doc. no. 95) that the motion for return of property has now been resolved by the return of the defendant's property, and based on the court's understanding that the parties agree that the motion has been resolved, it is ORDERED that the motion for return of property (doc. no. 91) is denied as moot.

DONE, this the 10th day of August, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE