IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:15-CR-240-MHT-CSC |
| | ) | |
| STEPHEN HOWARD | ) | |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and Mark E. Andreu Assistant United States Attorney, and respectfully requests that Government's Response to a Court Order to "Show Cause" be sealed.

The Response contains sensitive information that should not be available to the public.

Respectfully submitted this 15th day of May 2020.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

Mark E. Andreu
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 551-1757
Fax: (334) 223-7135
E-mail: mark.andreu@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR.NO. 3:15-CR-240-MHT-CSC |
| | ) | |
| STEPHEN HOWARD | ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on May 15, 2020, I have served a copy of the foregoing on Stephen Howard by depositing a copy of same in the United States Mail, first class, postage prepaid and properly addressed to:

Stephen Howard
Reg. No. 15668-002
Coleman Low Federal Correctional Institution
Inmate Mail/Parcels
P.O. BOX 1031
COLEMAN, FL 33521

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

/s/ Mark E. Andreu
MARK E. ANDREU
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 551-1757
Fax: (334) 223-7135
E-mail: mark.andreu@usdoj.gov