IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:15-CR-240-MHT-CSC |
| | ) | |
| STEPHEN HOWARD | ) | |

### SUPPLEMENT TO RESPONSE TO SHOW CAUSE ORDER

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and Mark E. Andreu, Assistant United States Attorney, and provides this supplement to correct a position taken by the government in its response (Doc. 109) to the show cause order (Doc. 105).

In light of supplemental guidance from the Department of Justice, the government concedes that a prisoner satisfies the exhaustion requirements of 18 U.S.C. § 3582(c)(1)(A) if he files his motion after 30 days have lapsed since receipt of his request by the warden. The prisoner need not pursue further administrative remedies—even if the warden has acted upon the request by denying it—so long as 30 days have lapsed since the initial request was received by the warden. Accordingly, the government hereby abandons the argument it made at footnote 6 of its response.

Nonetheless, Howard did not comply with 18 U.S.C. § 3582(c)(1)(A), because he moved the court for relief prior to the lapse of 30 days from receipt of his request by the warden. On April 3, 2020, the Warden received a request from Howard for compassionate release. On April 29, 2020, Howard filed his motion with the court. This Court should therefore deny the motion without prejudice for Howard's failure to comply with 18 U.S.C. § 3582(c)(1)(A). He may properly file his motion now that 30 days have lapsed since his request was received by the warden. Should the Court reach the merits, it should deny the motion with prejudice for the reasons stated in the government's response.

Respectfully submitted this the 1st day of June, 2020.

        LOUIS V. FRANKLIN, SR.
        UNITED STATES ATTORNEY

        /s/Mark E. Andreu
        Mark E. Andreu
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Phone: (334) 551-1757
        Fax: (334) 223-7135
        E-mail: mark.andreu@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:15-CR-240-MHT-CSC |
| | ) | |
| STEPHEN HOWARD | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 1, 2020, I have served a copy of the foregoing on Stephen Howard by depositing a copy of same in the United States Mail, first class, postage prepaid and properly addressed to:

Stephen Howard
Reg. No. 15668-002
COLEMAN LOW
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1031
COLEMAN, FL 33521

    Respectfully submitted,

    /s/Mark E. Andreu
    Mark E. Andreu
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Phone: (334) 551-1757
    Fax: (334) 223-7135
    E-mail: mark.andreu@usdoj.gov