IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:15cr240-MHT |
| | ) | |
| **STEPHEN HOWARD** | ) | |

ORDER

It is ORDERED that:

(1) Defendant Stephen Howard's motion for extension of time (doc. no. 114) is granted.

(2) The defendant may file a reply to the government's responses (doc. no. 109, 111) by July 10, 2020.

(3) The clerk of court shall mail the defendant a copy of the government's responses (doc. no. 109, 111).

DONE, this the 23rd day of June, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**