FROM: 15668002
TO:
SUBJECT: 3:15-cr-240-MHT
DATE: 06/28/2020 07:31:12 PM

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

CASE No. 3:15-CR-240-MHT

RECEIVED
2020 JUL -2  A 10: 40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STEPHEN HOWARD

    PETITIONER,

    PRO-SE,

.v.

UNITED STATES OF AMERICA,

    RESPONDENT.
_____/

## SUPPLEMENT REPLY TO GOVERNMENT'S RESPONSES

Comes now petitioner, PRO SE, Stephen Howard and provide this supplement to correct the absence of Exhibit A.

STEPHEN HOWARD

REG. # 15668-002   A1 UNIT

FEDERAL CORRECTIONAL INSTITUTION

COLEMAN- LOW

P.O. BOX. 1031

COLEMAN - FLORIDA 33521

## WAIVER OF COMPLIANCE

Due to the current pandemic the BOP is in lockdown and HOWARD has not access to typewriter, copy cards, and so on, hence, HOWARD respectfully requests a waiver of the compliance rules as to this response.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28,2020 I sent a true and correct copy of the foregoing with the CLERK of the Middle

District of Alabama Court, which will send a notice of filing to all parties and serve a copy upon the following via electronic filing :

        Mr. Louis V. Franklin, Sr

        United States Attorney

        131 Clayton Street

        Montgomery, Alabama 36104

*Stephen Howard*
*6/28/2020*

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and memory.

        STEPHEN HOWARD

        REG # 15668-002   A1 UNIT

        FEDERAL CORRECTIONAL INSTITUTION

        COLEMAN- LOW

        P.O. BOX 1031

        COLEMAN, FLORIDA 33521

*Stephen Howard*
*6/28/2020*

EXHIBIT A

```
COLE3            *            COLEMAN LOW FCI           *       06-24-2020
PAGE 001 OF 001                                                 17:23:00
```

```
                              UNTG NE *Q**

REG NO      NAME          FROM            TO        TIME   CATEGORY(2)    CATEGORY(3)
                                                           WRK ASGN       QTR ASGN
CALLOUTS   FOR  06-25-2020

43581-069  AGRON-GONZ                  EYE CLINIC   0800   UNICOR 3       A03-044L
43851-069  ANDINO-MAT                  MLP 1        0800   SHU UNASSG     Z04-227UAD
13788-058  ANGLE                       EYE CLINIC   1000   A&O            B19-005L
00185-120  BASS                        MLP 1        0800   SHU UNASSG     Z02-134UAD
34844-016  BERNIER                     DOCTOR 1     1200   A&O            A07-901L
24952-171  BLACKMON                    EYE CLINIC   0800   UNICOR 2       A04-058U
30833-112  CAMPOS                      MLP 1        0800   SHU UNASSG     Z01-104LAD
27579-018  CICCOTTO                    EYE CLINIC   1100   CMPD DW        A06-084L
12258-017  CREARY                      EYE CLINIC   0800   UNICOR 5       A01-002U
77545-004  DANIELS                     EYE CLINIC   1000   CMPD EW        B12-062L
68765-018  ELLSWORTH                   EYE CLINIC   0730   CMPD DW        C03-035L
22509-057  FLORENCE                    DOCTOR 1     0800   EDUCATION      A02-015L
69851-018  GARCIA BAG                  EYE CLINIC   0730   CMPD DW        C03-049L
26025-058  GRIMSLEY                    DOCTOR 1     1200   CMPD DW        A18-003L
15668-002  HOWARD  ←— A1               EYE CLINIC   0800   UNICOR 5       A03-937L
20194-017  HOWZE JR                    DOCTOR 1     0800   UNICOR 4       A02-930L
70626-019  LACOMBE                     MLP 1        0800   SHU UNASSG     Z04-224UAD
59556-019  LEE                         EYE CLINIC   1100   LEISUR CTR     A08-115L
41608-069  LOPEZ-ROLD                  EYE CLINIC   0800   UNICOR 3       A02-921L
41419-050  MAYFIELD                    DOCTOR 1     0800   UNICOR 2       A03-050L
07452-104  MEJIA                       MLP 1        0800   SHU UNASSG     Z04-223UAD
21474-021  MINCEY                      MLP 1        0800   SHU UNASSG     Z04-216LAD
13834-104  NORFUS                      MLP 1        0800   SHU UNASSG     Z04-233LAD
69904-019  OTERO                       MLP 1        0800   SHU UNASSG     Z04-214UAD
25321-075  PASHA                       MLP 1        0800   SHU UNASSG     Z01-106UAD
62138-018  RICE                        DOCTOR 1     0800   UNICOR 3       A02-922L
06050-104  ROQUE                       EYE CLINIC   0730   CMPD DW        C01-004L
09249-104  SEQUEIRA                    EYE CLINIC   0800   UNICOR 4       A02-928L
56866-007  SMITH                       MLP 1        0800   SHU UNASSG     Z04-213UAD
19751-078  TAYLOR                      DOCTOR 1     0800   UNICOR 2       A02-022L
53385-018  THOMAS                      DOCTOR 1     1300   A&O            A11-941L
19902-008  TIGUE                       EYE CLINIC   0800   UNICOR P       A01-011L
09640-104  VALDES GON                  EYE CLINIC   0800   UNICOR 1       A02-920L
66944-019  VEGA-GUTIE                  EYE CLINIC   0730   CMPD DW        C03-041L
20946-017  WALKER                      EYE CLINIC   1030   SHU UNASSG     Z02-135LAD
58645-018  WASHINGTON                  DOCTOR 1     0800   A-1 ORD        A04-055L

G0000           TRANSACTION SUCCESSFULLY COMPLETED
```