IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:15-cr-240-MHT-CSC |
| | ) | |
| STEPHEN HOWARD | ) | |

**MOTION FOR ORDER AUTHORIZING THE DISCLOSURE
OF PROTECTED HEALTH INFORMATION**

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and asks that this Court enter an order permitting the disclosure by the Bureau of Prisons and the United States Attorney's Office of any and all otherwise protected health information related to the defendant to the extent that such disclosure is necessary to respond to the defendant's pending motion for compassionate release, *see* Doc. 102.

Respectfully submitted this the 24th day of July, 2020.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY


*/s/ Mark E. Andreu*
MARK E. ANDREU
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: mark.andreu@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:15-CR-240-HMT-CSC |
| | ) | |
| STEPHEN HOWARD | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

    Respectfully submitted,

    */s/ Mark E. Andreu*
MARK E. ANDREU
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: mark.andreu@usdoj.gov

2