IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )         3:15cr240-MHT
                            )
STEPHEN HOWARD              )
```

ORDER

It is ORDERED that:

(1) Defendant Stephen Howard's emergency motion for compassionate release (doc. no. 102) is set for an evidentiary hearing on August 11, 2020, at 10:00 a.m. (central time) by videoconferencing.  The clerk of court shall arrange for the hearing to be held by videoconferencing.

(2) The government shall arrange for defendant Howard to participate, by videoconferencing, in the evidentiary hearing.  If videoconferencing is not feasible, the government shall notify the courtroom deputy as to what is feasible.

(3) By 4:00 p.m. (central time) on August 10, 2020, the parties shall submit pre-hearing briefs summarizing

what they expect to show at the hearing and identifying any witnesses they expect to testify.  If they submit their briefs under seal, they shall also email a copy of their submissions to the court's proposed orders email address.

DONE, this the 4th day of August, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE