**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 3:15-CR-240-MHT** |
| | ) | |
| **STEPHEN HOWARD** | ) | |

2020 AUG 10   A 11: 40

## MOTION TO SEAL

**COMES NOW** the Defendant, Stephen Howard, by and through Undersigned Counsel, Stephen Ganter, and files this Motion to Seal.  The Defendant requests that the Response to the Court's Order/Pre-hearing Brief and attached exhibits filed on August 10, 2020 for the Court's consideration, be filed under seal due to the sensitive information contained within the motion.

Dated this 10th day of August, 2020.

Respectfully submitted,

**STEPHEN P. GANTER**
Assistant Federal Defender
817 S. Court Street
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Stephen_ganter@fd.org
TX Bar. No: 24003732

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO.: 3:15-CR-240-MHT** |
| | ) | |
| **STEPHEN HOWARD** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of August, 2020, I filed the foregoing with the Clerk of

Court and will provide a copy to the United States Attorney's Office for the Middle District of

Alabama.

Respectfully submitted,

**STEPHEN P. GANTER**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:stephen_ganter@fd.org
TX Bar No.: 24003732