IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:15cr240-MHT** |
| | ) | |
| **STEPHEN HOWARD** | ) | |

**ORDER**

Upon further consideration of the testimony given during the hearing yesterday and of the government's prehearing brief (doc. no. 133), the court realized that certain allegations in the brief were not reflected in the Presentence Investigation Report (doc. no. 72).

Accordingly, by 9:00 a.m. on August 13, 2020, the government shall file a response to this order pinpointing which documents and/or evidence in the record support the following statements:

(1) The use of the word "victims" in the following sentence: "Howard said that the undercover agent should give his victims no more than one-half teaspoon of the substance at a time." Government's Pre-Hearing Brief

(doc. no. 133) at 6.

(2) "Howard assured the undercover agent that, if appropriate quantities of 1,4-butanediol are consumed, the substance would 'make girls horny.'" *Id.* at 7.

(3) "While sitting in the booth, Howard and the undercover agent discussed future business plans. Howard offered to sell the undercover agent 5-gallon quantities going forward. The undercover agent then asked Howard about the physiological effects of ingesting 1,4-butanediol. Howard told the undercover agent that, after a person consumes 1,4-butanediol, the liver coverts the substance into GHB. Thereafter, a person gets high off of the GHB in his or her body. Howard described the resulting high as leaving the person in a 'no inhibitions mood.' According to Howard, the high lasts about four hours. Howard stated that a person could easily pass out after taking 1,4-butanediol, and, while the person was passed out, anything could be done to him or her. Howard offered as examples of conduct that could be done to a person

passed out after taking 1,4-butanediol: physical assault, hanging the person upside down, and throwing the person into the street. Howard recounted in detail women who had passed out after taking 1,4-butanediol Howard had provided. Howard also acknowledged that he himself had passed out after using the substance." *Id.* at 7-8.

(4) "Howard went on, telling the undercover agent that he (Howard) sold 1,4-butanediol to *all types of people*...." (Emphasis added.) *Id.* at 8.

(5) "Before the conversation in the vehicle ended, Howard asked the undercover agent about whether a specific female was a student at Auburn University. Howard also invited the undercover agent to come and 'hang out' at Howard's residence. Howard instructed the undercover agent to bring girls with him when he came. Howard assured him that he (Howard) would have 1,4-butanediol and marijuana for them to use. Howard stated that he would even smoke methamphetamine if someone had it. Howard speculated that he could

**probably manufacture methamphetamine, but was afraid to do so."** *Id.* **at 9.**

**DONE, this the 12th day of August, 2020.**

                                           /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**