IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 3:15-CR-240-MHT-CSC |
| | ) |
| STEPHEN HOWARD | ) |

RECEIVED
2020 AUG 13  A 10: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and Mark E. Andreu, Assistant United States Attorney, and respectfully requests that Government's Exhibits be sealed. The Exhibits contain sensitive information that should not be available to the public.

Respectfully submitted this 13th day of August 2020.

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

Mark E. Andreu
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 551-1757
Fax: (334) 223-7135
E-mail: mark.andreu@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR.NO. 3:15-CR-240-MHT-CSC |
| ) | |
| STEPHEN HOWARD  ) | |

## CERTIFICATE OF SERVICE

I hereby certify on August 13, 2020, I have served a copy of the foregoing with the Clerk of Court and hand delivered a copy of same to Stephen P. Ganter, Federal Defenders.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
MARK E. ANDREU
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 551-1757
Fax: (334) 223-7135
E-mail: mark.andreu@usdoj.gov