IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:15cr240-MHT** |
| | ) | **(WO)** |
| **STEPHEN HOWARD** | ) | |

**ORDER**

In accordance with the opinion entered on September 22, 2020, and based on the representations made on the record during the conference call on September 23, 2020, it is ORDERED as follows:

(1) Defendant Stephen Howard's motion for compassionate release (doc. no. 102) is granted, as set forth below.

(2) Pursuant to 18 U.S.C. § 3582(c)(1)(A), defendant Howard's sentence of incarceration is reduced to time served, with the sentence reduction effective on October 7, 2020. In the meantime, defendant Howard shall undergo quarantine in the Bureau of Prisons.

(3) Pursuant to 18 U.S.C. § 3582(c)(1)(A), the court imposes an additional term of supervised release

with home confinement for 17 months.  This shall be followed by the previously imposed term of three years supervised release.

An amended judgment will be entered separately.

DONE, this the 24th day of September, 2020.

                                         /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE