**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **3:15cr240-MHT** |
| | ) | **(WO)** |
| **STEPHEN HOWARD** | ) | |

**ORDER**

It is ORDERED that, based upon defendant Stephen Howard's request to rescind his motion for early termination of supervised release (Doc. 153), his motion for early termination of supervised release (Doc. 150) is withdrawn.

DONE, this the 17th day of December, 2024.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**